AO 257 (Rev 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☒ COMPLAINT   ☐ INFORMATION   ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate, Location (City)
Southern District of Texas
Ronald G. Morgan, U.S. Magistrate Judge
Brownsville, Texas

United States District Court
Southern District of Texas
FILED
JUN 1 7 2014
David J. Bradley, Clerk of Court

**OFFENSE CHARGED**
Reentry of Removed Alien
Knowingly and intentionally possess with intent to distribute approximately 979.76 grams of methamphetamine, a Schedule II controlled substance, and did conspire with persons known and unknown to knowingly and intentionally possess with intent to distribute approximately 979.76 grams of methamphetamine, a Schedule II controlled substance.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense: Brownsville, Texas

U.S.C. Citation: 21 USC 841 & 846

DEFENDANT - U.S. vs.
MANRIQUEZ-Salazar, Perla Ivonne   B-14-MJ-575

Address:

Birth date: ☐ Male  ☒ Female   ☐ Alien (if applicable)
(Optional unless a juvenile)

**PROCEEDING**
Name of Complainant Agency, or Person (& Title, if any)
United States Immigration & Customs Enforcement
Homeland Security Investigations
1800 Paredes Line Road
Brownsville, Texas 78521

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U. S. Att'y   ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending cause involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ⑩
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
Eduardo Gallegos, HSI Special Agent
☐ U. S. Att'y   ☒ Other U. S. Agency

Name of Asst. U.S. Att'y (if assigned):

**DEFENDANT**
IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding
    If not detained give date any prior summons was served on above charges ⑩
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction          ☐   ☒ Fed'l   ☐ State
6) ☐ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☒ Yes  ☐ No
If "Yes" give date filed: 06/16/2014

DATE OF ARREST ⑩ : June 16 2014
Or... if Arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY ⑩:

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS